FILED
RECEIVED
CHARLOTTE, N.C.

JUL 29 2013

Clerk, U. S. Dist. Court
W. Dist. of N. C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES | ) | CASE NO. 3:13mj 230 |
| | ) | |
| v. | ) | ORDER SEALING COMPLAINT, |
| | ) | AFFIDAVIT, etc. |
| KEYSHAUN OBRIEN RHODES | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Complaint, Affidavit, the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Complaint, Affidavit, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 29th day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE